# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

**20-207 consolidated with 20-206, 20-208**


**EULA BARTIE, ET AL.**

**VERSUS**

**GUZZINO COMMERCIAL, LLC, ET AL.**



\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 2013-3206 C/W 2013-2895, 2013-3564
HONORABLE CLAYTON DAVIS, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**SHANNON J. GREMILLION**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Shannon J. Gremillion, Van H. Kyzar, and Candyce G. Perret, Judges.


**AFFIRMED AS AMENDED.**

**Thomas John Gayle**
**Gayle Law Firm**
**713 Kirby Street**
**Lake Charles, LA 70602**
**(337) 494-1220**
**COUNSEL FOR DEFENDANTS/APPELLANTS:**
 **Guzzino Commercial, LLC.**
 **Industrial Carbon Services, Inc.**
 **Utility Equipment & Truck**
 **Phillip Anthony Guzzino**

**Ralph Edward Kraft**
**Kraft Lege Anseman, LLC**
**600 Jefferson St., Suite 410**
**Lafayette, LA 70501**
**(337) 706-1818**
**COUNSEL FOR DEFENDANTS/APPELLANTS:**
 **Guzzino Commercial, LLC.**
 **Utility Equipment & Truck**
 **Industrial Carbon Services, Inc.**

**Christopher E. John**
**City of Lake Charles Legal Department**
**P.O. Box 900**
**Lake Charles, LA 70602-0900**
**(337) 491-1547**
**COUNSEL FOR DEFENDANT/APPELLEE:**
 **City of Lake Charles**

**David Laine Morgan**
**Stockwell, Sievert, et al.**
**P.O. Box 2900**
**Lake Charles, LA 70602**
**(337) 436-9491**
**COUNSEL FOR DEFENDANT/APPELLEE:**
 **City of Lake Charles**

**J. Lee Hoffoss, Jr.**
**Claude P. Devall**
**Donald Wayne McKnight**
**Hoffoss Devall, LLC**
**517 W. College Street**
**Lake Charles, LA 70605**
**(337) 433-2053**
**COUNSEL FOR PLAINTIFFS/APPELLEES:**
 **Anthony James Landry, et al.**

**Charles B. Cappel**
**1011 Lakeshore Drive, Suite 500**
**Lake Charles, LA 60601**
**(337) 491-6996**
**COUNSEL FOR PLAINTIFFS/APPELLEES:**
    **Eula Bartie, et al.**

**GREMILLION, Judge.**

For the reasons set forth in Docket Number 20-206, *Anthony James Landry v. Guzzino Commercial, LLC,* (La.App. 3 Cir. ___/___/___) ___ So.3d ___, the judgment of the trial court is affirmed as amended.

**AFFIRMED AS AMENDED.**